UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 20 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| v. | § | No. 3:17-MJ-917-BK |
| CHRISTOPHER MAURICE | § | |
| DANIELS (1) | § | |

## DETENTION ORDER

On December 15, 2017, the above-named Defendant, represented by counsel, appeared before the United States Magistrate Judge for a probable cause and detention hearing. From the evidence produced at the hearing and arguments of counsel, the Court finds there is probable cause to believe Mr. Daniels committed the crime alleged in the Complaint. Having reviewed the evidence, the Court binds the case over for further proceedings and GRANTS the Government's motion for detention. The Court finds there is probable cause to believe Mr. Daniels was involved in the activities contained in the Complaint. The Government introduced evidence at the hearing that Mr. Daniels unlawfully possessed firearms and attempted to ship a firearm in his luggage. Due to the nature and extent of this criminal activity, this Court concludes that there is no condition or combination of conditions of release which could be set which would reasonably assure Mr. Daniels' appearance at future court hearings and protect the safety of the community.

It is ORDERED that Defendant be, and he is hereby, committed to the custody of the Attorney General and United States Marshal's for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal, and that Defendant, while being so held, be afforded reasonable opportunity for private consultation with his counsel.

It is further ORDERED that, on an order of a Court of the United States or at the request of the attorney for the Government, the person in charge of the corrections facility in which

Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with court proceedings in the Northern District of Texas.

**SO ORDERED**, this _20_ day of December, 2017.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

2