

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN -9 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.                                                    NO.

CHRISTOPHER MAURICE DANIELS

3-18CR-005-D

## INDICTMENT

The Grand Jury charges:

### Count One
#### Possession of a Firearm by a Prohibited Person
#### (Violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2))

On or about December 12, 2017, in the Northern District of Texas, the defendant,

**Christopher Maurice Daniels**, who had been convicted of a misdemeanor crime of

domestic violence, to wit: Domestic Assault on February 20, 2007, in the General

Sessions Court of Tipton County, Tennessee, did knowingly possess in and affecting

interstate and foreign commerce, a firearm, that is, a Taurus Protector Poly, .38 caliber

revolver, bearing serial number JZ27175, and a Norinco, 7.62 caliber SKS-variant rifle,

bearing serial number 8021191RA.

In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c);
and 26 U.S.C. § 5872)

Upon conviction for the offense alleged in Count One of this Indictment, and

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant,

**Christopher Maurice Daniels**, shall forfeit to the United States of America any

firearm and ammunition involved in the commission of the offense, including but

not limited to the following:

(1) One Taurus Protector Poly, .38 caliber revolver, bearing serial number

JZ27175

(2) One Norinco, 7.62 caliber SKS-variant rifle, bearing serial number

8021191RA;  and

(3) Any ammunition recovered with each weapon.

A TRUE BILL


_____
FOREPERSON


ERIN NEALY COX
UNITED STATES ATTORNEY


JENNIFER TOURJE
Assistant United States Attorney
Texas State Bar No. 24010449
1100 Commerce St., Suite 300
Dallas, Texas  75242
Telephone: 214-659-8600
Facsimile: 214-659-8809
E-mail: jennifer.tourje@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER MAURICE DANIELS

INDICTMENT

18 U.S.C. §§ 922(g)(9) and 924(a)(2)
Possession of a Firearm by a Prohibited Person

18 U.S.C. § 924(d); 28 U.S. C. § 2461(c)
and 26 U.S.C. § 5872
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                                    FOREPERSON

Filed in open court this 9th day of January, 2018.

**Defendant in Federal Custody since  12/12/2017**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:17-MJ-917-BK