_(Page rotated 90°; Facebook profile printout for Rakem Khafre Balogun)_

Rakem Khafre Balogun — Timeline ▼ Recent ▼    👤 Add Friend

**FRIENDS**

- KingTheTruth Merit
- Jamal Robinson
- Tiffany Rose Richardson
- Calvin BlackGod Tucker
- Erick Randall
- Sharik Bell
- Erick Khafre
- Shabazz Muhammad
- Stay Anointed Fly

**PHOTOS**



- Studied Holistic Health at George Jackson University
- Lives in Dallas, Texas
- From Dallas, Texas
- 2,291 friends
- Became friends with Tela Striveright and 54 other people

Rakem Khafre Balogun shared WMC Action News 5's photo

Salute a real hero!



WMC Action News 5

_Knox, TN Meets the man who build more houses than anyone else in the city since 1972_

20 people like this

Share

View more comment

- Leroy Arnold Salute the warrior
- Olinka Green Say down bro
- Amina Oya Fous moment salute my sistra





GOVERNMENT EXHIBIT 1
CARDELS 800-783-0399



8-2015



**Rakem Khafre**
July 5 at 4:23pm

They deserve what they got. lmao!



July 7 ambush was the direct result of America's refusal to reckon with racism | Commentary | Dallas News

People find it very difficult to act on what they know. To act is to be committed and to be committed is to be in danger. — James Baldwin July...

DALLASNEWS.COM



 **Rakem Khafre** added 4 new photos
July 7 at 11:50am

I'm wearing brown and khaki in solidarity for Micah X
#77



👍 Like     ➤ Share

 

**Rakem Khafre** shared Mayor Yateuh Balogun's post
July 7 at 6:50am

**Mayor Yateuh Balogun**
July 6 at 6:47pm

Tomorrow they will mourn the police. we will be saluting micah johnson! We will remeber philando castile, alton sterling, and the others... With revenge in our hearts!

 Like   Share


**Rakem Khafre**
July 7 at 6:49am

> **Today one year ago one Black Man brought Dallas Pig Department to their knees. #77**

 Like    Share

 75

4 shares

 Leroy Arnold All praises to the great warrior!
Like  1   July 7 at 7:41am

 Sopdet KushKemet ...BLACK POWER
Like  1   July 7 at 8:37am